**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GERALD J. LOFARO,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05579

Judge Jorge L. Alonso

Magistrate Judge Beth W. Jantz

**STATUS REPORT**

Pursuant to Minute Entry Order [23], Plaintiff, GERALD J. LOFARO ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On September 25, 2026, Plaintiff filed a status report regarding Plaintiff's investigation of the defendants' addresses under *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, 2026 WL 1502198 (7th Cir. May 29, 2026), and requesting additional time to file a motion for default judgment or status report. *See* [23]. Plaintiff continues to investigate the remaining defendants' physical addresses and pursue settlement negotiations with several defendants through counsel. Plaintiff anticipates that these discussions will resolve and further narrow the case within the period requested below.

In the interest of judicial efficiency, Plaintiff respectfully requests an additional sixty (60) days to file a motion to allow time to conclude settlement negotiations and complete its investigation of any remaining defendants' addresses.

DATED: October 26, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 26, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt